DO NOT FILE

Prob12A
D/NV Form
Rev. June 2014

**United States District Court
for
the District of Nevada**

**REQUEST FOR EARLY TERMINATION**
*Probation Form 35 (Termination of Supervised Release/Probation) is Attached*
**December 8, 2021**

Name of Offender: **John Robert Oliva**

Case Number: **2:18CR00342**

Name of Sentencing Judicial Officer: **Honorable Andrew P. Gordon**

Date of Original Sentence: **April 8, 2019**

Original Offense: **Theft of Mail by a Postal Employee**

Original Sentence: **36 months probation**

Date Supervision Commenced: **April 8, 2019**

Name of Assigned Judicial Officer: **Honorable Andrew P. Gordon**

**PETITIONING THE COURT**

☒ To terminate the term of supervision.

**CAUSE**

Pursuant to 18 U.S.C. § 3584(c), The Court, after considering the factors set forth in section 3553(a) to the extent that they are applicable, may, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, terminate a term of probation previously ordered and discharge the defendant at any time in the case of a misdemeanor or an infraction or at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice.

RE: John Robert Oliva                                    **DO NOT FILE**

Prob12A
D/NV Form
Rev. June 2014

The Guide to Judiciary Policy, Volume 8E, Chapter 3, has endorsed criteria for assessing whether an offender who satisfies the minimal statutory factors should be recommended for early termination: At 18 months, there is a presumption in favor of recommending early termination for persons who meet the following criteria: (1) The person does not meet the criteria of a career drug offender or career criminal (as described in 28 U.S.C. § 944(h)) or has not committed a sex offense or engaged in terrorism; (2) The person presents no identified risk of harm to the public or victims; (3) The person is free from any court-reported violations over a 12-month period; (4) The person demonstrates the ability to lawfully self-manage beyond the period of supervision; (5) The person is in substantial compliance with all conditions of supervision; and (6) The person engages in appropriate prosocial activities and receives sufficient prosocial support to remain lawful well beyond the period of supervision.

Oliva has maintained contact with the probation office through his supervision. While on probation Mr. Oliva has not incurred any arrests and/or documented negative contact with law enforcement. Oliva has a stable residence and is currently in compliance with all his conditions of probation. Mr. Oliva is scheduled to terminate from probation on April 8, 2022, it is respectfully requested that Mr. Oliva receive an early termination from probation. The U.S. Attorney's office has been given more than two weeks' notice of this request and they have not objected. The probation form 35 is attached for Your Honor's review.

Respectfully submitted,

Digitally signed by
Steve M. Goldner
Date: 2021.12.08
15:51:08 -08'00'

_____
STEVE GOLDNER
Senior U.S. Probation Officer

Approved:

Digitally signed by
Brian Blevins
Date: 2021.12.08
15:37:49 -08'00'

_____
BRIAN BLEVINS
Supervisory United States Probation Officer

RE: John Robert Oliva                   **DO NOT FILE**

Prob12A
D/NV Form
Rev. June 2014

Please indicate your response below and return to the Probation Office:

☑   Early termination of supervision approved

☐   Other (please include Judicial Officer instructions below):

------------------------------------------------------------------------------------

------------------------------------------------------------------------------------

------------------------------------------------------------------------------------

_____
Signature of Judicial Officer

  December 9, 2021
Date